

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00440-CV

Joe **GOMEZ** and Janie Gomez,
Appellants

v.

Thomas L. **DASHIELL**,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-241-CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

On June 29, 2015, appellants filed what this court construed as a notice of appeal from the county court's June 18, 2015 judgment. On July 6, 2015, appellants also filed an affidavit of inability to pay costs in this court. It appears appellants also filed the affidavit in the trial court. The affidavit was filed in the trial court with or before the notice of appeal as required. *See* TEX. R. APP. P. 20.1 (c)(1). By order dated July 21, 2015, we ordered the clerk of this court to send copies of the affidavit and our order to the trial court, the trial court clerk, the court reporter, and all parties and/or counsel. *See* TEX. R. APP. P. 20.1 (d)(2). We further ordered that anyone who desired to file a contest to the affidavit to file such contests in this court on or before July 31, 2015.

No contests were filed. Because no contests were filed, appellants were considered indigent for purposes of this appeal. Both the clerk's record and the reporter's record have been filed in this court. Accordingly, appellants brief was originally due September 11, 2015. Neither the brief nor a motion for extension of time was filed.

We therefore **ORDER** appellants to file, **on or before October 5, 2015**, their appellants' brief and a written response reasonably explaining their failure to timely file the brief. If they fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.



_____

Keith E. Hottle
Clerk of Court